CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 12 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:11-cr-00033-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MARLON CLIFTON WHITELEY, | ) | By:   Hon. Jackson L. Kiser |
| Petitioner. | ) |         Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Petitioner's motion to vacate, set aside, or correct sentence is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2255 Proceedings; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 12th day of November, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge